An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL YEAGER,
Petitioner,
vs.
JAMES G. COX; NEVADA
DEPARTMENT OF CORRECTIONS;
AND NEVADA DIVISION OF PAROLE
AND PROBATION,
Respondents.

No. 63133

**FILED**

JUN 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for a writ of mandamus. Petitioner claims he is entitled to be paroled and seeks an order directing the Nevada Department of Corrections and Nevada Division of Parole and Probation to release him to parole. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13 - 17265

cc: Russell Yeager
Attorney General/Carson City